## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 1:23-CV-340** |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **SPRING HILL COLLEGE,** | ) | |
| **CRAIG MCVEY,** | ) | |
| **WILLIAM ROBERT TATE,** | ) | |
| **TERRENCE JOSEPH GENNARI.** | ) | |

## MOTION TO PROCEED WITH FICTITIOUS NAME

COMES NOW Plaintiff John Doe, by and through counsel, and moves this Court to allow him to proceed using fictitious name John Doe. In support of the relief requested herein, the Plaintiff offers the following:

1. The Plaintiff is a current student athlete at Spring Hill College and has heretofore been the victim of constant harassment, bullying and discrimination as detailed in his Complaint, and Amended Complaint based upon his race and perceived sexual orientation. (Doc. 1, Doc. 7)

2. The media is aware of this lawsuit and aired several stories and articles about it. The case involves matters that are highly sensitive and of a personal nature. The subject matter of the lawsuit could potentially bring unnecessary and concerning publicity to the Plaintiff's family.

3. The Plaintiff is vulnerable to the harms of disclosure given he is still a student at Spring Hill College and his identification poses a risk of retaliation and mental or physical harm.

4. The Plaintiff is experiencing intense humiliation and embarrassment due to the publication of the intimate material, and proceeding with a pseudonym brings some comfort. If the ability to proceed with a pseudonym is not granted, the Plaintiff will experience further harm because of Plaintiff exercising his legal rights.

5. If the Plaintiff is forced to disclose her or his identity, that disclosure will amplify the injury that is at issue in the litigation. Linking the Plaintiff's true name and other identifying characteristics, such as usernames, with the content online will make it possible for anyone to connect the two pieces of information through a simple online search using a search engine such as Google, Bing, or Yahoo. With the increasing aggregation of information about individuals online, there is a chance that others could accidentally come across this derogatory information about the Plaintiff, which affects the Plaintiff's standing in the community.

6. The Defendants are not prejudiced by allowing the plaintiff to proceed anonymously. The Defendants are aware of the Plaintiff's identity, so proceeding with a pseudonym does not prejudice the Defendants.

7. There is no public interest in the disclosure of Plaintiff's identity.

8. The Plaintiff fears that if his name is identified in these proceedings he will face further harassment, bullying and discrimination and that his family will also be subjected to harassment.

WHEREFORE, the above premises considered, Plaintiff moves this Court to allow him to proceed using the fictitious name John Doe in these proceedings and for any other relief he may be entitled.

*/s/ Jamie A. Johnston*
_____
JAMIE A. JOHNSTON(JOH164)

**OF COUNSEL:**
Jamie A. Johnston PC
509 Cloverdale Road Suite 101
Montgomery, Alabama 36106
334.202.9228
334.265.8789 – facsimile
jamie@jjohnstonpc.com
MAILING ADDRESS:
PO Box 4663
Montgomery, Alabama 36103

**CERTIFICATE OF SERVICE**

On October 3, 2023, a copy of the foregoing has been filed with the Court's electronic filing system which shall generate a copy to the following counsel of record:

Lana E. Bell
2001 Park Place North
Suite 1400
Birmingham, Alabama 35203

Amy Glenos
James C. Pennington
Ogletree Deakins
420 20th Street North
Suite 1900
Birmingham, Alabama 35203
James.pennington@ogletreedeakins.com
Amy.Glenos@ogletreedeakins.com



*/s/ Jamie A. Johnston*
_____
OF COUNSEL