# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 23-00340-JB-N |
| | ) |
| SPRING HILL COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court sets Plaintiff's Motion to Proceed with Fictitious Name (Doc. 12) for hearing before District Judge Jeffrey U. Beaverstock in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL on **November 9, 2023 at 1:00 p.m. (CST).**

**DONE and ORDERED** this 17th day of October, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE

1