# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:23-CV-340 |
| ) | |
| ) | **JURY TRIAL DEMANDED** |
| SPRING HILL COLLEGE, ) | |
| CRAIG MCVEY, ) | |
| WILLIAM ROBERT TATE, ) | |
| TERRENCE JOSEPH GENNARI. ) | |

### *PRO TANTO* STIPULATION OF DISMISSAL OF DEFENDANT TERRENCE JOSEPH GENNARI

**COMES NOW** Plaintiff John Doe, by and through counsel, and stipulates to the *pro tanto* dismissal of Defendant Terrence Joseph Gennari as a defendant in these proceedings. All claims against the remaining defendants remain in place.

*/s/ Jamie A. Johnston*
_____
JAMIE A. JOHNSTON(JOH164)


**OF COUNSEL:**
Jamie A. Johnston PC
509 Cloverdale Road Suite 101
Montgomery, Alabama 36106
334.202.9228
334.265.8789 – facsimile
jamie@jjohnstonpc.com
MAILING ADDRESS:
PO Box 4663
Montgomery, Alabama 36103

## CERTIFICATE OF SERVICE

On November 17, 2023, a copy of the foregoing has been filed with the Court's electronic filing system which shall generate a copy to the following counsel of record:

Lana E. Bell
Lisha Graham
Chris Hendrix Seal
2001 Park Place North
Suite 1400
Birmingham, Alabama 35203

Amy Glenos
James C. Pennington
Ogletree Deakins
420 20th Street North
Suite 1900
Birmingham, Alabama 35203
James.pennington@ogletreedeakins.com
Amy.Glenos@ogletreedeakins.com

/s/ Jamie A. Johnston
_____
OF COUNSEL