# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:23-CV-340 |
| | ) |
| | ) |
| SPRING HILL COLLEGE, | ) |
| CRAIG MCVEY, | ) |
| WILLIAM ROBERT TATE. | ) |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff in the above styled case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Memorandum Opinion and Order of the United States District Court for the Southern District of Alabama, Mobile Division, entered by United States District Court Chief Judge Jeffrey U. Beaverstock on the 11th day of December 2023, denying the Plaintiff's Motion to Proceed with Fictitious Name[1]. (Doc. 46).

---

[1] Plaintiff has a right to appeal as an "order denying anonymity for a party is a final appealable order under the collateral order doctrine." *Plaintiff B v. Francis*, 631 F.3d 1310, 1314 (11th Cir. 2011)(citing *Doe v. Stegall*, 653 F. 2d 180, 183 (5th Cir. Unit A Aug. 1981)).

Respectfully submitted this on the 12th day of December 2023.

*/s/ Jamie A. Johnston*

_____
Jamie A. Johnston

OF COUNSEL:
Jamie A. Johnston, P.C.
509 Cloverdale Road, Suite 101
Montgomery, Alabama 36106
Phone: 334.202.9228
Facsimile: 334.265.8789
jamie@jjohnstonpc.com

**MAILING ADDRESS:**
Jamie A. Johnston, P.C.
PO Box 4663
Montgomery, Alabama 36103

## CERTIFICATE OF SERVICE

      On December 12, 2023, a copy of the foregoing has been filed with the Court's electronic filing system which shall generate a copy to the following counsel of record:

Lana E. Bell
Lisha Graham
Chris Hendrix Seal
2001 Park Place North
Suite 1400
Birmingham, Alabama 35203

Amy Glenos
James C. Pennington
Ogletree Deakins
420 20th Street North
Suite 1900
Birmingham, Alabama 35203
James.pennington@ogletreedeakins.com
Amy.Glenos@ogletreedeakins.com

                                                */s/ Jamie A. Johnston*

                                                _____
                                                OF COUNSEL