# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA MOBILE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 1:23-CV-340 |
| | ) |
| | )   **JURY TRIAL DEMANDED** |
| SPRING HILL COLLEGE, | ) |
| CRAIG MCVEY, | ) |
| WILLIAM ROBERT TATE. | ) |

## REQUEST FOR ORDER REQUIRING DEFENDANTS TO MAINTAIN PLAINTIFF'S ANONYMITY IN THESE PROCEEDINGS PENDING APPEAL

COMES NOW Plaintiff John Doe, by and through counsel, and moves this Court for an Order requiring Defendants to maintain Plaintiff's anonymity during these proceedings while the issue of anonymity is on appeal. In support of the relief requested herein, Plaintiff offers the following:

1. Plaintiff moved this Court to allow him to maintain his anonymity in these proceedings. [Doc. #12]

2. This Court denied Plaintiff's request. [Doc. #46]

3. Plaintiff filed a Notice of Appeal and a Motion to Stay. [Docs. #47 and 48]

4. This Court granted Plaintiff's Motion to Stay. [Doc. #49]

5. Plaintiff is filing this motion in anticipation of the possibility Defendant Tate pursues a Counterclaim in this action prior to the outcome of the appeal or any Defendants undertake any other action revealing the Plaintiff's identity.

6. Plaintiff moves this Court to order Defendants to maintain Plaintiff's anonymity in any pleadings or other matters related to this action pending the outcome of the appeal.

Respectfully submitted on this the 6th day of March 2024.

/s/ Jamie A. Johnston

_____
JAMIE A. JOHNSTON(JOH164)
Attorney for Plaintiff

**OF COUNSEL:**
Jamie A. Johnston PC
509 Cloverdale Road Suite 101
Montgomery, Alabama 36106
334.202.9228
334.265.8789 – facsimile
jamie@jjohnstonpc.com

**MAILING ADDRESS:**
PO Box 4663
Montgomery, Alabama 36103

## CERTIFICATE OF SERVICE

  On March 6, 2024, a copy of the foregoing has been filed with the Court's electronic filing system which shall generate a copy to the following counsel of record:

Lana E. Bell
Lisha Graham
Chris Hendrix Seal
2001 Park Place North
Suite 1400
Birmingham, Alabama 35203

Amy Glenos
James C. Pennington
Ogletree Deakins
420 20th Street North
Suite 1900
Birmingham, Alabama 35203
James.pennington@ogletreedeakins.com
Amy.Glenos@ogletreedeakins.com

              */s/ Jamie A. Johnston*

              _____
              OF COUNSEL