# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:23-CV-340 |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SPRING HILL COLLEGE, | ) | |
| CRAIG MCVEY, | ) | |
| WILLIAM ROBERT TATE. | ) | |

## MOTION TO WITHDRAW PLAINTIFF'S REQUEST FOR ORDER REQUIRING DEFENDANTS TO MAINTAIN PLAINTIFF'S ANONYMITY IN THESE PROCEEDINGS PENDING APPEAL

COMES NOW Plaintiff John Doe, by and through counsel, and moves to withdraw his Request for Order Requiring Defendants to Maintain Plaintiff's Anonymity in These Proceedings Pending Appeal.

Respectfully submitted on this the 7th day of March 2024.

/s/ Jamie A. Johnston

_____
JAMIE A. JOHNSTON(JOH164)
Attorney for Plaintiff

OF COUNSEL:
Jamie A. Johnston PC
509 Cloverdale Road Suite 101
Montgomery, Alabama 36106
334.202.9228
334.265.8789 – facsimile
jamie@jjohnstonpc.com

**MAILING ADDRESS:**
PO Box 4663
Montgomery, Alabama 36103

## CERTIFICATE OF SERVICE

On March 7, 2024, a copy of the foregoing has been filed with the Court's electronic filing system which shall generate a copy to the following counsel of record:

Lana E. Bell
Lisha Graham
Chris Hendrix Seal
2001 Park Place North
Suite 1400
Birmingham, Alabama 35203

Amy Glenos
James C. Pennington
Ogletree Deakins
420 20th Street North
Suite 1900
Birmingham, Alabama 35203
James.pennington@ogletreedeakins.com
Amy.Glenos@ogletreedeakins.com

/s/ Jamie A. Johnston
_____
OF COUNSEL