IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 23-00340-JB-N |
| ) | |
| SPRING HILL COLLEGE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This action is before the Court on Plaintiff's Motion to Amend Complaint (Doc. 60). Defendants shall file a response not later than **April 15, 2024**. Plaintiff may file a reply not later than **April 22, 2024**. The motion and related documents will be taken under submission on **April 23, 2024.**

**DONE and ORDERED** this 1st day of April, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE