# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.: 1:23-CV-00340 |
| **SPRING HILL COLLEGE,** ) | |
| **CRAIG MCVEY,** ) | |
| **WILLIAM ROBERT TATE,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, the Plaintiff, John Doe, and the Defendants, Spring Hill College, Craig McVey and William Robert Tate and pursuant to Fed. R. Civ. P. 41(a), hereby jointly stipulate that this lawsuit and all claims asserted therein are to be dismissed with prejudice, with all costs taxed as paid. All counsel consent to the affixation of their electronic signatures and to the filing of this stipulation of dismissal on their and their clients' behalf.

Respectfully submitted on this the 30th day of April, 2024.

/s/ Lisha L. Graham
Lisha L. Graham (ASB-5078-H69L)
Curtis H. Seal (ASB-8112-P19S)
Lana E. Bell (ASB-5207-R44E)
*Attorneys for Defendant William Robert Tate*

**OF COUNSEL**:
WHITE ARNOLD & DOWD P.C.
2001 Park Place North, Suite 1400
Birmingham, Alabama 35203
E-mail lgraham@whitearnolddowd.com
cseal@whitearnolddowd.com
lbell@whitearnolddowd.com

                                        */s/ James C. Pennington (with permission)*
                                        James C. Pennington (ASB-1287-N62J)
                                        Amy Q. Glenos (ASB-2345-C66A)
                                        *Attorney for Defendants*
                                        *Craig McVey & Spring Hill College*

**OF COUNSEL**:
OGLETREE DEAKINS
420 20th Street North, Suite 1900
Birmingham, Alabama 35203
Email: James.pennington@ogletreedeakins.com
            Amy.glenos@ogletreedeakins.com

                                        */s/ Jamie A. Johnston (with permission)*
                                        Jamie A. Johnston
                                        *Attorney for Plaintiff*

**OF COUNSEL**:
JAMIE A. JOHNSTON, P.C.
509 Cloverdale Road, Suite 101
Montgomery, Alabama 36106
Email: jamie@jjohnstonpc.com