# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 03, 2024

Clerk - Southern District of Alabama
U.S. District Court
155 ST JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 23-14031-DD
Case Style: John Doe v. Spring Hill College, et al
District Court Docket No: 1:23-cv-00340-JB-N

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:             404-335-6122
Case Administration:    404-335-6135    Capital Cases:                   404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument:     404-335-6141

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-14031-DD

_____

JOHN DOE,

                         Plaintiff - Appellant,

versus

SPRING HILL COLLEGE,
CRAIG MCVEY,
WILLIAM ROBERT TATE,

                         Defendants - Appellees,

TERRENCE JOSEPH GENNARI,

                         Defendant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellee William Robert Tate is GRANTED by clerk [10191982-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective May 03, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION